# Court of Appeals
# of the State of Georgia

ATLANTA,  September 07, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0094. JOHNNIE RUSSELL v. RESERVE AT LAVISTA WALK.**

Johnnie Russell filed a notice of appeal in this action, and the appeal was docketed on August 3, 2023. The appellate brief, therefore, was due on August 23, 2023. That date has passed, and Russell has not filed a brief or requested an extension of time. Accordingly, this appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  09/07/2023
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.